1  Squire Patton Boggs (US) LLP
   Hannah J. Makinde (State Bar # 307907)
2  hannah.makinde@squirepb.com
   555 South Flower Street, 31st Floor
3  Los Angeles, California 90071
   Telephone:   +1 213 624 2500
4  Facsimile:   +1 213 623 4581

5  Attorneys for Defendant ALBERTSONS
   COMPANIES, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIRAN ENGLEHARDT, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC.,<br><br>Defendant. | Case No. 2:24-cv-08693-JAK-SSC<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Judge:   John A. Kronstadt<br><br>Date Action Filed: October 9, 2024 |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff Liran Englehardt and Defendant Albertsons Companies, Inc. (collectively the "Parties") have reached a confidential settlement of Plaintiff's individual claims in the above-referenced matter. The Parties are in the process of reducing the terms of their settlement to a formal written settlement agreement and will file a Joint Motion of Dismissal once the Parties finalize the terms of the settlement agreement. The Parties respectfully request that the Court stay all pending deadlines, including, but not limited to, Defendant's deadline to respond to the Complaint while the Parties finalize the terms of the settlement agreement.

Dated: February 11, 2025

Squire Patton Boggs (US) LLP

By: /s/*Hannah Makinde*
Hannah J. Makinde (Bar # 307907)
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Phone: (213) 624-2500

*Attorneys for Defendant* Albertsons Companies, Inc.

By: /s/*Gerald Lane*
Gerald D. Lane (Bar # 352470)
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: (754) 444-7539
Email: gerald@jibraellaw.com

*Attorney for Plaintiff* Liran Englehardt

# **ATTESTATION STATEMENT**

I, Hannah Makinde, am the ECF User whose identification and password are being used to file this JOINT NOTICE OF SETTLEMENT. I attest under penalty of perjury that concurrence in this filing has been obtained from all counsel and I will maintain records to support such concurrence.

Dated: February 10, 2025        /s/*Hannah Makinde*
                                Hannah Makinde

**SQUIRE PATTON BOGGS (US) LLP**
1230 Peachtree Street, NE
Suite 2200
Atlanta, Georgia 30309